# DAYTON MUNICIPAL COURT
## SMALL CLAIMS DIVISION
Dayton-Montgomery Courts Building, P.O. BOX 10700, Dayton, Ohio 45402

Jay Allan Wenig
2473 Priya Ct
Beavercreek, OH 45434
Phone: 937-765-6165
**PLAINTIFF**
VS

2024 JAN 17 AM 9:41
MARTY GEHRES
CLERK

**SMALL CLAIMS**
CASE # 24 CVI 0252

☐ ALIAS
☐ AMENDED
☐ COUNTER CLAIM

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS
4100 W. 3rd St.
Dayton, OH 45428
Phone: 937-268-6511
**DEFENDANT**

Phone:
**2nd DEFENDANT**

Phone:
**3rd DEFENDANT**

Plaintiff says that there is due and owing from the Defendant the sum of $1,000 for unpaid salary for last day of work on Monday December 4, 2023

which said sum Plaintiff claims from Defendant with interest from the 23rd day of December, 20 23 plus Court costs.

Plaintiff further states that to the best of their knowledge the **Defendant is/is not a member of the Armed Forces of the United States.**

**NOTICE TO ALL PARTIES:** Bring all witnesses and evidence with you to court. Subpoenas for witnesses should be filed with the Court at least 5 (five) days prior to trial.
**EVIDENCE:** If your claim or defense is supported by written documents/receipts, text messages, photographs, voice recordings, etc., you must provide hard copies to admit into evidence to be kept by the Court. NO evidence from cell phones or other electronic devices will be allowed. The Court will not provide copies.

**NOTICE TO DEFENDANT:** If you do not appear at the trial, judgment may be entered against you by **default,** and your earnings may be subject to garnishment, or your property may be attached to satisfy the judgment. If you admit the claim but desire time to pay, you may make such a request at the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven (7) days prior to the date of the trial of the plaintiff's claim.

**Memorandum to the Plaintiff:**
ON ACCIDENT CASES YOU MUST BRING TITLE AND TWO ESTIMATES OF DAMAGES.
It is Plaintiff's responsibility to know in what court jurisdiction the case should be filed and the proper parties to name in the claim. Plaintiff acknowledges receiving a copy of this memorandum.

X _/s/ Jay Wenig_
Signature of Plaintiff/Attorney

Witness, MARTY GEHRES, Clerk of the said Court and the seal thereof, at the City of Dayton, this 17th day of January, 20 24.

By: _____ Deputy Clerk

SC 03 Rev. 04-13


GOVERNMENT EXHIBIT A